**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

PUSH DATA, LLC

        *Plaintiff / Counterdefendant,*

v.

TORRID LLC,

        *Defendant / Counterclaimant.*

C.A. No. 4:24-cv-406-ALM

JURY TRIAL DEMANDED

## JOINT MOTION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Push Data, LLC ("Plaintiff") and Defendant Torrid LLC ("Defendant" or "Torrid"), hereby jointly move the Court to dismiss all claims and counterclaims with prejudice.  Plaintiff moves to dismiss claims against Defendant in this action with prejudice. Defendant to dismiss all counterclaims in this action against Plaintiff with prejudice.  Each party to bear its own costs and fees.

Date: July 10, 2025

SHEA | BEATY PLLC

_/s/ Trevor Beaty_

Trevor Beaty
trevor@sheabeaty.com
SHEA | BEATY PLLC
One Grande Centre
1800 Teague Drive, Suite 500
Sherman, TX 75090
Tel: (903) 870-7771
Fax: (903) 870-7888

_Attorney for Plaintiff_
_Push Data, LLC_

Respectfully submitted,

Sheppard, Mullin, Richter & Hampton
LLP.

_/s/Steven G. Schortgen_

STEVEN G. SCHORTGEN (Texas Bar No.
00794603)
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
2200 Ross Ave, 20th Floor
Dallas, TX 75201
Telephone: 469.391.7400
Facsimile: 469.391.7401
sschortgen@sheppardmullin.com

**_Attorney for Defendant and_**
**_Counterclaimant Torrid LLC_**

## <u>CERTIFICATE OF CONFERENCE</u>

The undersigned certifies that counsel for Plaintiff has conferred with counsel for

Defendant via email and Defendant does not oppose the foregoing Joint Motion to Dismiss.

*/s/ Trevor J. Beaty*

Trevor J. Beaty

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on July 9, 2025 a true and correct copy of the foregoing

document was served on all attorneys of record who have consented to electronic service via

the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Trevor J. Beaty*

Trevor J. Beaty
