# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| PUSH DATA, LLC<br><br>*Plaintiff / Counterdefendant,*<br>v.<br>TORRID LLC,<br><br>*Defendant / Counterclaimant.* | Civil Action No. 4:24-cv-406-ALM<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING DISMISSAL WIITH PREJUDICE

Plaintiff Push Data, LLC ("Plaintiff") and Defendant Torrid LLC ("Defendant" or "Torrid") (collectively, the "Parties") have announced to the Court that they have resolved all claims and counterclaims against each other with prejudice. The Parties have therefore requested that the Court dismiss Plaintiff's claims for relief against Defendant and Defendant's counterclaims for relief against Plaintiff with prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same.

The Court, having considered this request, is of the opinion that their request for dismissal should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Defendant and Defendant's counterclaims against Plaintiff are dismissed with prejudice. Each party to bear its own fees and costs

**IT IS SO ORDERED.**
SIGNED this 23rd day of July, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE